**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

MCKNIGHT CONSTRUCTION   :
COMPANY, INC.,   :
  :
  Plaintiff,   :
  :
v.   :   CASE NO.: 7:24-CV-112 (LAG)
  :
SURECRETE, LLC,   :
  :
  Defendant.   :
_____ :

## <u>ORDER</u>

Before the Court is the Parties' Joint, Unopposed Motion for Order of Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2). (Doc. 37). Therein, the Parties represent that they "have reached an agreement to resolve all claims, counterclaims, and causes of action between them[.]" (*Id.* ¶ 1). The Parties jointly request dismissal with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rule of Civil Procedure 41(a)(2). (*Id.* at 1). Rule 41(a)(2) allows an action to be dismissed "at the plaintiff's request . . . by court order, on terms that the court considers proper." As the Parties consent and as no claims will remain pending, this action is **DISMISSED with prejudice**.

  **SO ORDERED**, this 2nd day of March, 2026.

        /s/ Leslie A. Gardner
        **LESLIE A. GARDNER, CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**